UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick Heurung,   Case No. 17-cv-3339 (MJD/LIB)

　　　　　　Plaintiff,

v.   REPORT AND RECOMMENDATION

State of Minnesota, et al.,

　　　　　　Defendants.

　　　　This matter comes before the undersigned United States Magistrate Judge upon the routine supervision of the cases that pend before the Court pursuant to a general assignment made in accordance with the provisions of 28 U.S.C. § 636.

　　　　On July 26, 2017, Plaintiff Patrick Heurung commenced this action by filing a Complaint. ([Docket No. 1]). He did not pay the required filing fee for this case, but instead filed an application seeking leave to proceed *in forma pauperis* ("IFP"). (See, Application [Docket No. 2]).

　　　　In an Order dated August 9, 2017, the undersigned informed Plaintiff that his Complaint did not include any factual allegations that he was personally subjected to unlawful conduct by the named Defendants; this failure meant that Plaintiff had also failed to establish his standing to bring this lawsuit. (Order, [Docket No. 3], 2-3). The undersigned gave Plaintiff the opportunity to file an Amended Complaint which alleges specific factual circumstances establishing standing. (Id. at 3). The undersigned also cautioned Plaintiff that if he did not submit an Amended Complaint on or before September 8, 2017, the undersigned would recommend dismissal without prejudice. (Id.).

The September 8, 2017, deadline has now passed, and Plaintiff has not filed an Amended Complaint, nor has Plaintiff filed a motion requesting an extension of the deadline to file an Amended Complaint set forth in this Court's August 9, 2017, Order.

Accordingly, the undersigned now recommends, in accordance with its August 9, 2017, Order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. See, Henderson v. Renaissance Grand Hotel, 267 Fed. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: September 18, 2017

s/Leo I. Brisbois
Leo I. Brisbois
United States Magistrate Judge
District of Minnesota

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in LR 72.2(c).