UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Patrick Heurung,

       Plaintiff,

v.	ORDER ADOPTING
	REPORT AND RECOMMENDATION

State of Minnesota, et al.,	Civ. No. 17-cv-3339 (MJD/LIB)

       Defendants.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. That this action is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute.

2. Let Judgment be entered accordingly.


DATED: October 25, 2017	s/Michael J. Davis
At Minneapolis, Minnesota	Michael J. Davis
	United States District Court Judge